IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH WRIGHT,

   Plaintiff,

    v.

EAST POINT POLICE
DEPARTMENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2062-TWT

ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending dismissing the action against the East Point Police Department and allowing the false arrest claims against the individual officers to go forward. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED as to the Defendant East Point Police Department.

SO ORDERED, this 30 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge