IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH WRIGHT,

   Plaintiff,

    v.

EAST POINT POLICE
DEPARTMENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2062-TWT

ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 24] of the Magistrate Judge recommending that this case be dismissed pursuant to 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 12 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Wright\12cv2062\r&r3.wpd